Taylor M. Tieman (SBN: 305269)
ttieman@consumerlawcenter.com
Krohn & Moss, Ltd.
1112 Ocean Drive, Suite 301
Manhattan Beach, CA 90266
Tel: (323) 988-2400
Fax: (866) 861-1390
Attorneys for Plaintiff,
JENNIFER RANGEL

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RANGEL,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE FINANCIAL d/b/a Credit One Bank,<br><br>Defendant. | Case No.: 2:16-cv-7935<br><br>**PLAINTIFF'S COMPLAINT**<br><br>**(Unlawful Debt Collection Practices)** |

JENNIFER RANGEL (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against CREDIT ONE FINANCIAL d/b/a Credit One Bank (Defendant):

## INTRODUCTION

1. Count I of the Plaintiff's Complaint is based on Telephone Consumer Protection Act ("TCPA"), 28 U.S.C. §227 *et seq*.

2. Count II of Plaintiff's Complaint is based on the Rosenthal Fair Debt Collection Practices Act ("Rosenthal"), Cal. Civ. Code §1788 *et seq*.

## JURISDICTION AND VENUE

3. Jurisdiction of this court over Count II of Plaintiff's Complaint arises pursuant to 15 U.S.C. § 1331 and 28 U.S.C. § 1367 grants this court supplemental jurisdiction over the state claims contained in Count I.

4. Defendant conducts business in the State of California thereby establishing personal jurisdiction.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in La Puente, Los Angeles County, California.

7. Defendant is a business entity with offices located throughout the country, including an office in Santa Ana, California.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9. Defendant places telephone calls to telephone number ■■■■■■, Plaintiff's cellular telephone.

10. These calls are not for emergency purposes.

11. These calls were to collect payments on an alleged debt.

12. The alleged debt arises from transactions that were primarily for personal, family, or household purposes.

13. Upon information and good faith belief, and in light of the frequency,

number, nature, and character of these calls, Defendant placed them by using an automatic telephone dialing system.

14. On or about July 26, 2016 Plaintiff instructed Defendant to stop calling her cell phone.

15. Plaintiff revoked any consent for Defendant to use an automatic telephone dialing system to call her cell phone.

16. Defendant continued to use an automatic telephone dialing system to call Plaintiff's cell phone after July 26, 2016.

17. Since July 26, 2016, Defendant called Plaintiff's cell phone at least two-hundred fifty-two (252) times.

18. Defendant used an automatic telephone dialing system to place these calls.

19. Defendant placed these calls voluntarily.

20. Defendant placed these calls under its own free will.

21. Defendant had knowledge that it was using an automatic telephone dialing system to place these calls.

22. Defendant willfully used an automatic telephone dialing system to place these calls.

23. Defendant did not have Plaintiff's express consent to place these calls.

24. Defendant knew it did not have Plaintiff's express consent to place these calls.

25. Plaintiff is annoyed and feels harassed by Defendant's calls.

### COUNT I
### DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTIONS ACT

26. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages

for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

27. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE,** Plaintiff, JENNIFER RANGEL, respectfully requests judgment be entered against Defendant, CREDIT ONE FINANCIAL, d/b/a Credit One Bank, for the following:

28. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

29. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

30. All court costs, witness fees and other fees incurred; and

31. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

32. Defendant violated the Rosenthal based on the following:

33. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

   a. Defendant violated the § 1788.11(d) of the Rosenthal by causing Plaintiff's telephone to ring repeatedly or continuously to annoy the person called.

   b. Defendant violated § 1788.11(e) of the RFDCPA by communicating, by telephone, with the debtor with such frequency as to be

unreasonable and to constitute an harassment to the debtor under the circumstances.

c. Defendant violated the §1788.17 of the Rosenthal by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 et seq. to wit: Sections 1692d.

**WHEREFORE**, Plaintiff, JENNIFER RANGEL, respectfully requests judgment be entered against Defendant, CREDIT ONE FINANCIAL, d/b/a Credit One Bank, for the following:

34. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

35. Any other relief that this Honorable Court deems appropriate.

DATED:   October 25, 2016          RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Taylor M. Tieman
Taylor M. Tieman
Krohn & Moss, Ltd.
1112 Ocean Drive
Suite 301
Manhattan Beach, CA 90266
Attorney for Plaintiff