# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RANGEL<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE FINANCIAL d/b/a Credit One Bank<br><br>Defendant. | **Case No.:** 2:16-cv-07935-TJH-SKx<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)  [JS-6]**<br><br>Judge: Hon. Terry J. Hatter, Jr.<br><br>Magistrate Judge: Hon. Steve Kim |

The Parties have filed a Joint Motion to Dismiss With Prejudice Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).  Good cause appearing, the Court GRANTS the Parties' joint motion to dismiss and this action is hereby dismissed with prejudice in its entirety.  Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 13, 2018

_____
HONORABLE TERRY J. HATTER, JR.
United States District Court Judge
Southern District of California